# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS FELLENBAUM, | 2:11-cv-01506-LDG-VCF |
| Plaintiff, | |
| v. | **ORDER** |
| BASHIR A. CHOWDHRY, et al., | |
| Defendants. | |

On November 8, 2011, default was entered against Bashir A. Chowdhry, Cardiovascular & Thoracic Surgeons of Nevada, Inc., a domestic professional corporate defendant in this case (#16). On November 14, 2011, defendant Bashir A. Chowdhry, Cardiovascular & Thoracic Surgeons of Nevada, Inc., filed a motion to set aside clerk's entry of default, signed by Kay Akhtar, Office Manager (#17). On November 16, 2011, plaintiff filed his motion to strike defendant Bashir A. Chowdhry, Cardiovascular & Thoracic Surgeons of Nevada, Inc.'s motion to dismiss and motion to compel defendant Chowdhry to appear in federal court through licensed counsel (#19). No opposition has been filed to that motion. Accordingly,

THE COURT HEREBY ORDERS that pursuant to LR 7-2 (d) (the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion), and based on the merit of the arguments presented, plaintiff's motion to

strike defendant Bashir A. Chowdhry, Cardiovascular & Thoracic Surgeons of Nevada, Inc.'s motion to dismiss and motion to compel defendant to appear through licensed counsel (#19) is GRANTED.

THE COURT ORDERS that defendant Bashir A. Chowdhry, Cardiovascular & Thoracic Surgeons of Nevada, Inc.'s, motion to set aside clerk's entry of default (#17) shall be STRICKEN.

THE COURT FURTHER ORDERS that defendant Bashir A. Chowdhry, Cardiovascular & Thoracic Surgeons of Nevada, Inc., shall designate counsel of record authorized to appear in this action who shall file a notice of appearance in accordance with the local rules on or before February 29, 2012.

Dated this ___ day of February, 2012.

_____
Lloyd D. George
United States District Judge

2