Vernon Nelson
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
(702) 366-1125 Telephone
(702) 366-1857 Facsimile
vnelson@cooperlevenson.com

Attorneys for Defendant
CLARK COUNTY COLLECTION SERVICE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS FELLENBAUM,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC and BASHIR A. CHOWDHRY, CARDIOVASCULAR & THORACIC SURGEONS OF NEVADA, INC.,<br><br>    Defendants. | CASE NO. 2:11-cv-01506-LDG-VCF<br><br>SUBSTITUTION OF ATTORNEY |

Defendant CLARK COUNTY COLLECTION SERVICES, LLC hereby substitutes the law firm of Cooper Levenson April Niedelman & Wagenheim, P.A. as its attorneys in the above-entitled action, in the place and stead of the Holland & Hart LLP.

Dated: _November 3_, 2011

By (Sign): _[signature]_
Name (Print): _MARY B. CHATELLE_
Title: _DIRECTOR OF OPERATIONS_
CLARK COUNTY COLLECTION
SERVICE, LLC

06923.00:178893

1

2:11-cv-01506-LDG-VCF
SUBSTITUTION OF ATTORNEY

1  The undersigned hereby agrees to be substituted as attorneys for Defendant CLARK COUNTY
2  COLLECTION SERVICES, LLC in the above-entitled action, in the place and stead of the Holland
3  & Hart LLP.

5  Dated: 11/2, 2011    By: _____
6                           Vernon Nelson
                             COOPER LEVENSON APRIL NIEDELMAN &
7                            WAGENHEIM, P.A
                             6060 Elton Avenue, Suite A
8                            Las Vegas, NV 89107
                             (702) 366-1125 Telephone
9                            (702) 366-1857 Facsimile
                             vnelson@cooperlevenson.com

10  The undersigned hereby agrees to the substitution of the law firm of Cooper Levenson April
11  Niedelman & Wagenheim, P.A. as attorneys for Defendant CLARK COUNTY COLLECTION
12  SERVICES, LLC, in the above-entitled action in its place and stead.

14  Dated: _____, 2011    By: _____
15                                     Patrick J. Reilly
                                       HOLLAND & HART LLP
16                                     9555 Hillwood Drive, 2nd Floor
                                       Las Vegas, NV 889134
17                                     Telephone: (702) 669-4600
                                       Facsimile:  (702) 669-4650
18                                     E-Mail: preilly@hollandhart.com

21  APPROVED:

23  Dated: 29 MAR 2012.    _____
                           UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| 1 | The undersigned hereby agrees to be substituted as attorneys for Defendant CLARK COUNTY COLLECTION SERVICES, LLC in the above-entitled action, in the place and stead of the Holland & Hart LLP. |

Dated: _____, 2011   By: _____
Vernon Nelson
COOPER LEVENSON APRIL NIEDELMAN &
WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
(702) 366-1125 Telephone
(702) 366-1857 Facsimile
vnelson@cooperlevenson.com

The undersigned hereby agrees to the substitution of the law firm of Cooper Levenson April Niedelman & Wagenheim, P.A. as attorneys for Defendant CLARK COUNTY COLLECTION SERVICES, LLC, in the above-entitled action in its place and stead.

Dated: November 2, 2011   By: _____
Patrick J. Reilly
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 889134
Telephone: (702) 669-4600
Facsimile:  (702) 669-4650
E-Mail: preilly@hollandhart.com

**APPROVED:**

Dated: _____, 2011.

_____
UNITED STATES DISTRICT JUDGE