Vernon Nelson
COOPER LEVENSON APRIL
NIEDELMAN & WAGENHEIM, P.A.
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
(702) 366-1125 Telephone
(702) 366-1857 Facsimile
vnelson@cooperlevenson.com

Attorneys for Defendant
CLARK COUNTY COLLECTION SERVICE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS FELLENBAUM, | CASE NO. 2:11-cv-01506-LDG-VCF |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| vs. | |
| CLARK COUNTY COLLECTION SERVICE, LLC and BASHIR A. CHOWDHRY, CARDIOVASCULAR & THORACIC SURGEONS OF NEVADA, INC., | |
| Defendants. | |

Defendant CLARK COUNTY COLLECTION SERVICES, LLC hereby substitutes the law firm of Cooper Levenson April Niedelman & Wagenheim, P.A. as its attorneys in the above-entitled action, in the place and stead of the Holland & Hart LLP.

Dated: _November 3_, 2011      By (Sign): _[signature]_

Name (Print): _MARY B. CHATELLE_

Title: _Director of Operations_
CLARK COUNTY COLLECTION
SERVICE, LLC

1       The undersigned hereby agrees to be substituted as attorneys for Defendant CLARK COUNTY COLLECTION SERVICES, LLC in the above-entitled action, in the place and stead of the Holland & Hart LLP.

Dated: 11/2, 2011   By: _____
Vernon Nelson
COOPER LEVENSON APRIL NIEDELMAN & WAGENHEIM, P.A
6060 Elton Avenue, Suite A
Las Vegas, NV 89107
(702) 366-1125 Telephone
(702) 366-1857 Facsimile
vnelson@cooperlevenson.com

      The undersigned hereby agrees to the substitution of the law firm of Cooper Levenson April Niedelman & Wagenheim, P.A. as attorneys for Defendant CLARK COUNTY COLLECTION SERVICES, LLC, in the above-entitled action in its place and stead.

Dated: _____, 2011   By: _____
Patrick J. Reilly
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 889134
Telephone: (702) 669-4600
Facsimile: (702) 669-4650
E-Mail: preilly@hollandhart.com

**APPROVED:**

Dated: 29 MAR 2012.

_____
UNITED STATES DISTRICT JUDGE

1     The undersigned hereby agrees to be substituted as attorneys for Defendant CLARK COUNTY
2 COLLECTION SERVICES, LLC in the above-entitled action, in the place and stead of the Holland
3 & Hart LLP.

4

5 Dated: _____, 2011   By: _____
6                                    Vernon Nelson
                                   COOPER LEVENSON APRIL NIEDELMAN &
                                   WAGENHEIM, P.A.
7                                  6060 Elton Avenue, Suite A
                                 Las Vegas, NV 89107
8                                  (702) 366-1125 Telephone
                                 (702) 366-1857 Facsimile
9                                  vnelson@cooperlevenson.com

10

11     The undersigned hereby agrees to the substitution of the law firm of Cooper Levenson April
12 Niedelman & Wagenheim, P.A. as attorneys for Defendant CLARK COUNTY COLLECTION
13 SERVICES, LLC, in the above-entitled action in its place and stead.

14

15 Dated: November 2, 2011   By: _____
                                   Patrick J. Reilly
16                                  HOLLAND & HART LLP
                                 9555 Hillwood Drive, 2nd Floor
17                                  Las Vegas, NV 889134
                                 Telephone: (702) 669-4600
18                                  Facsimile:  (702) 669-4650
                                 E-Mail: preilly@hollandhart.com
19

20

21                             **APPROVED:**

22

23
Dated: _____, 2011.
24                                  UNITED STATES DISTRICT JUDGE

25

26

27

28