MITCHELL D. GLINER, ESQ.
Nevada Bar #3419
3017 West Charleston Blvd., #95
Las Vegas, Nevada 89102
702-870-8700
702-870-0034 Fax
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

FRANCIS and ROSITA
FELLENBAUM,

        Plaintiffs,

vs.

CLARK COUNTY COLLECTION
SERVICE, LLC and BASHIR A.
CHOWDHRY, CARDIOVASCULAR
& THORACIC SURGEONS OF
NEVADA, INC.

        Defendants.
_____

BASHIR A. CHOWDHRY,
CARDIOVASCULAR & THORACIC
SURGEONS OF NEVADA, INC.,
a Nevada corporation,

        Crossclaimant,

vs.

CLARK COUNTY COLLECTION
SERVICE, LLC, a Nevada
limited liability company,

        Cross-Defendant
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:11-cv-01506-LDG-VCF

## AMENDED COMPLAINT

### JURISDICTION

1.    The jurisdiction of this Court attains pursuant to the FDCPA, 15 U.S.C. § 1692k(d); 28 U.S.C. § 1331, 28 U.S.C. § 1332, the FCRA, 15 U.S.C. Section 1681(p) and the doctrine of

1  supplemental jurisdiction. Venue lies in the Southern Division of
2  the Judicial District of Nevada as Plaintiffs' claims arose from
3  acts of the Defendants perpetrated therein.

4                    PRELIMINARY STATEMENT

5       2.    This action is instituted in accordance with and to
6  remedy Defendants' violations of the Federal Fair Debt Collection
7  Practices Act, 15 U.S.C § 1692 et seq. (hereinafter "FDCPA"), state
8  law obligations brought as supplemental claims hereto and
9  Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C
10 § 1681 et seq. ("FCRA").

11                          PARTIES

12      3.    Plaintiffs, Francis and Rosita Fellenbaum, are natural
13 persons who reside in Las Vegas, Nevada, and are "consumers" as
14 defined by 15 U.S.C. Section 1692a(3) and allegedly owe a "debt" as
15 defined by 15 U.S.C. Section 1692a(5). Plaintiffs are residents
16 and citizens of the State of Nevada and of the United States.
17 Plaintiffs are also "consumers" as defined by § 1681a(c) of the
18 FCRA.

19      4.    Defendant, Clark County Collection Service, LLC
20 (hereafter referred to as "CCCS") is a domestic limited liability
21 company, the principal purpose of whose business is the collection
22 of debts, operating a debt collection agency from its principal
23 place of business in Las Vegas, NV, and regularly collects or
24 attempts to collect debts owed or due or asserted to be owed or due
25 another, and is a "debt collector" as defined by 15 U.S.C. Section
26 1692a(6).

27 . . .

28 . . .

                              -2-

1      5.    Defendant, CCCS, is also a furnisher of information as
2  contemplated by FCRA § 1681s-2(a) & (b), who regularly and in the
3  ordinary course of business furnishes information to one or more
4  consumer  reporting  agencies  about  consumer  transactions  or
5  experiences with any consumer.

6      6.    The  Defendant,  Bashir  A.  Chowdhry,  Cardiovascular  &
7  Thoracic  Surgeons  of  Nevada,  Inc.  (hereafter  referred  to  as
8  "Chowdhry") is a domestic professional corporation.

9                          FACTUAL ALLEGATIONS

10     7.    Plaintiffs  repeat,  reallege  and  assert  all  factual
11  allegations  contained  in  the  preliminary  statement  to  this
12  Complaint and reassert them as incorporated in full herein.

13     8.    In 2001, Francis was diagnosed with Leukemia.

14     9.    Francis was treated by Chowdhry on June 25, 2001.

15     10.   Francis had medical insurance with Mutual Of Omaha.

16     11.   In 2001, Chowdhry was listed in Mutual Of Omaha's PPO
17  provider directory.

18     12.   Francis was an in-patient at Sunrise Hospital, an in-
19  network provider.

20     13.   At the time of treatment, Francis required that any
21  provider of health care services be a participating provider.

22     14.   Francis never owed Chowdhry anything in light of his
23  agreement to only be treated by participating physicians.

24     15.   At approximately the same time, Chowdhry apparently ended
25  his relationship with Mutual of Omaha.

26     16.   Neither Chowdhry nor anyone in his office advised Francis
27  of the terminated relationship with Mutual of Omaha.

28
                                  -3-

1    17.  Shortly thereafter, Chowdhry dunned Francis for alleged
2  non-payment.

3    18.  For two years Francis tried to resolve the issue with
4  Chowdhry.

5    19.  Notwithstanding, in 2004 Chowdhry referred the account to
6  collections.

7    20.  Francis retained counsel who provided a detailed summary
8  of the foregoing (Exhibit 1).

9    21.  Exhibit 1 contains Francis' explicit admonition that any
10 attempt to collect an invalid debt would lead to Chowdhry's
11 liability.

12   22.  Notwithstanding, Chowdhry retained the services of Armada
13 Corp. Of Nevada to collect Francis' ostensible obligation.

14   23.  Francis' counsel wrote Armada, again providing a detailed
15 recitation of the underlying facts (Exhibit 2).

16   24.  Notwithstanding, Francis was dunned by CCCS on May 16,
17 2010 (Exhibit 3).

18   25.  Francis immediately called CCCS, advising its
19 representative of both the age of the account and the foregoing
20 facts.

21   26.  During January 2011, Francis applied for automobile
22 financing with Ford Country of Henderson, Nevada.

23   27.  Francis applied for zero percent financing (0%) in light
24 of his flawless credit.

25   28.  Francis was advised he was unentitled to preferred
26 financing due to the collection account on his profile.

27   29.  Instead, Francis received 6.99% financing.

28
-4-

1   30.   Francis acquired his credit profile and discovered CCCS's
2   entry on his otherwise flawless report.

3   31.   Francis disputed the CCCS entry with Experian.

4   32.   Experian conveyed the dispute to CCCS.

5   33.   CCCS "updated" Francis' account *verifying* it (Exhibit 4).

6   34.   CCCS continues to report Chowdhry's (10)ten-year-old
7   account on Francis' credit profiles in violation of FDCPA §§
8   1692(e) and 1692(e)(8)(Exhibits 5, 6 and 7).

9   35.   CCCS's reporting is in direct violation of the seven (7)
10  year obsolescence period contained in FCRA § 1681c(a)(4).

11  36.   Incomprehensibly, Defendant also reports Plaintiff's time
12  barred account on Rosita's profiles (Exhibits 8, 9 and 10).

13  37.   Defendant's attempt to collect on a time-barred debt was
14  in violation of both FDCPA §§ 1692e(2)(A) and (10) and FDCPA
15  § 1692f.   Kimber v. Federal Financial Corp., 668 F. Supp. 1480,
16  1487-89 (M.D. Ala. 1987).

17  38.   The presence of the subject tradeline on Plaintiffs'
18  credit profiles violates FDCPA §§ 1692e and 1692e(8) and has
19  impaired Plaintiffs' access to financing.   Brady v. Credit Recovery
20  Co., Inc., 160 F.3d 64 (1st Cir. 1998).

21  39.   The foregoing acts and omissions of Defendants were
22  undertaken by them willfully, maliciously, and intentionally,
23  knowingly, and/or in gross or reckless disregard of the rights of
24  Plaintiffs.

25  40.   Indeed, the foregoing acts and omissions of Defendants
26  were undertaken by them indiscriminately and persistently, as part
27  of their regular and routine debt collection efforts, and without
28  regard to or consideration of the identity or rights of Plaintiffs.

1    41.   As a proximate result of the foregoing acts and omissions
2  of Defendants, Plaintiffs have suffered actual damages and injury,
3  including, but not limited to, stress, humiliation, mental anguish
4  and suffering, and emotional distress, for which Plaintiffs should
5  be compensated in an amount to be proven at trial.

6    42.  As a result of the foregoing acts and omissions of
7  Defendants, and in order to punish Defendants for their outrageous
8  and malicious conduct, as well as to deter them from committing
9  similar acts in the future as part of their debt collection
10  efforts, Plaintiffs are entitled to recover punitive damages in an
11  amount to be proven at trial.

12                          CAUSES OF ACTION

13                              COUNT I

14    43.   The foregoing acts and omissions of CCCS constitute
15  violations of the FDCPA, including, but not limited to, Sections
16  1692c, 1692d, 1692e and 1692f.

17    44.   Plaintiffs are entitled to recover statutory damages,
18  actual damages, reasonable attorney's fees, and costs.

19                              COUNT II

20    45.   Defendants' acts and omissions constitute unreasonable
21  debt collection practices in violation of the doctrine of Invasion
22  of Privacy.  _Kuhn v. Account Control Technology, Inc._, 865 F. Supp.
23  _1443, 1448-49 (D. Nev. 1994)_; _Pittman v. J. J. Mac Intyre Co. of_
24  _Nevada, Inc._, 969 F. Supp. 609, 613-14 (D. of Nev. 1997).

25    46.   Plaintiffs are entitled to recover actual damages as well
26  as punitive damages in an amount to be proven at trial.

27  . . .

28  . . .

                              -6-

COUNT III

47.   In the entire course of its action, CCCS willfully and/or negligently violated the provisions of the FCRA in the following respects:

      a.   By willfully and/or negligently failing to comport with FCRA § 1681s-2(b).

JURY DEMANDED

Plaintiffs hereby demand trial by a six-person jury on all issues so triable.

WHEREFORE, Plaintiffs pray that this Honorable Court grant the following relief:

    1.   Award actual damages.

    2.   Award punitive damages.

    3.   Award statutory damages of $1,000.00 per Plaintiff pursuant to 15 U.S.C. § 1692k.

    4.   Award reasonable attorney fees and costs.

    5.   Grant such other and further relief as it deems just and proper.

Respectfully submitted,

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

# Greenberg
# Traurig

June 16, 2004

Bashir A. Chowdhry, M.D.
Cardiovascular & Thoracic Surgery
4180 South Pecos Road
Suite 175
Las Vegas, Nevada 89121

Re:    **Francis Fellenbaum**
       **Your Account Number: 9726**

Dear Dr. Chowdhry:

I am writing this letter on behalf of my brother-in-law, Francis Fellenbaum. You treated Mr. Fellenbaum on June 25, 2001 at Sunrise Hospital. The total charges incurred were $1,799.00, of which you accepted payment of $826.20 from Mutual of Omaha, his health care plan.

Mr. Fellenbaum was an in-patient at Sunrise Hospital, which is an in-network provider. He specifically required that any provider of health care services to him must be a participating Mutual of Omaha provider. It is our understanding that Sunrise confirmed that you were in-network with Mutual of Omaha at the time. You were also listed in the then current Mutual of Omaha PPO Provider Directory. However, after your services were rendered to Mr. Fellenbaum, it was discovered that you, in fact, were no longer a participating physician with Mutual of Omaha.

The only reason that any sums continue to be claimed due results from this error, which was not Mr. Fellenbaum's fault. He had only agreed to be treated by Mutual of Omaha participating physicians. This condition was not met when you provided services to him. Under these circumstances, Mr. Fellenbaum does not legally owe anything additional to you on this account.

Mr. Fellenbaum has tried for almost two years to resolve this matter, but your office continues to send him bills. Most recently, your office is now threatening to refer this unenforceable account to a collection agency and to make an adverse report to the credit bureau. You are hereby requested to immediately cease further attempts to collect these amounts that are not legally due from Mr. Fellenbaum. If you continue to take any further actions to collect these sums from Mr. Fellenbaum, we will have no alternative but to retain

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

www.gtlaw.com

**EXHIBIT 1**

Bashir A. Chowdhry, M.D.
June 16, 2004
Page 2

local Nevada counsel and defend any such actions. As I'm sure you're aware, a creditor's attempts to collect a debt not legally due may give rise to liability of the creditor, including payment of attorneys fees.

All further communications regarding this matter should be forwarded to me on behalf of Mr. Fellenbaum. No further communications should be directed to Mr. Fellenbaum.

Your serious consideration of this matter is most appreciated.

Sincerely,

Gil Rudolph

GLR:bs
cc:     Francis Fellenbaum

# Greenberg Traurig

Gil Rudolph
Tel. 602.445.8206
Fax 602.445.8625
RudolphG@gtlaw.com


November 24, 2004


CERTIFIED MAIL

Armada Corp of Nevada
Donald Woolbright, Manager
6340 East McLeod Drive, #3
Las Vegas, Nevada 89120

Armada Corp of Nevada
P.O. Box 709
Wenatchee, Washington 98807

> Re:    Debtor: Francis Fellenbaum
>        Creditor: Dr. Bashir Chowdhry
>        Reference Number: 009726

Dear Sir or Madam:

I am writing this letter on behalf of Francis Fellenbaum in response to your November 12, 2004 Collection Notice to him relating to Dr. Bashir Chowdhry's attempts to collect sums not legally due from Mr. Fellenbaum.

Please be advised of the following:

1.     Mr. Fellenbaum disputes the validity of this indebtedness. Your attention is directed to my letter dated June 16, 2004 to Dr. Chowdhry, a copy of which is attached for your reference, explaining the circumstances under which Dr. Chowdhry's services were rendered and disputing that any additional charges are due.

2.     The initial amount improperly asserted to be due from Mr. Fellenbaum after application of insurance proceeds was $972.80. Your Notice claims that the sum of $2,281.84 is now due and subject to increase at 12% per annum. There is no legal justification to claim that Mr. Fellenbaum owes any interest or finance charges. At no time did Mr. Fellenbaum ever become legally obligated to pay any interest or any finance charges on this balance. These improper claims for interest and finance charges by both Armada and Dr. Chowdhry constitute

ALBANY

AMSTERDAM

ATLANTA

BOCA RATON

BOSTON

CHICAGO

DALLAS

DENVER

FORT LAUDERDALE

LOS ANGELES

MIAMI

NEW JERSEY

NEW YORK

ORANGE COUNTY, CA

ORLANDO

PHILADELPHIA

PHOENIX

SILICON VALLEY

TALLAHASSEE

TYSONS CORNER

WASHINGTON, D.C.

WEST PALM BEACH

WILMINGTON

ZURICH

# EXHIBIT 2

Armada Corp of Nevada
November 24, 2004
Page 2

violations of numerous laws, including: the Nevada interest law, NRS § 99.040 (maximum interest if no express contract in writing of prime rate plus 2 percent); Section 1692e(2)(A) of the federal Fair Debt Collections Practices Act ("false representation of the character, amount or legal status of any debt"); and the Nevada Collections Agencies law, NRS § 649.375(1) ("use any device, subterfuge, pretense or deceptive means or representations to collect any debt") and NRS § 649.375(2) ("attempt to collect any interest, charge fee or expense . . . unless: authorized by law or as agreed to by the parties").

3.      If you have made a report to a consumer reporting agency regarding Mr. Fellenbaum's claimed indebtedness, such report must be withdrawn immediately.

4.      If any further action is taken to attempt to collect any sums from Mr. Fellenbaum, we will obtain Nevada counsel to defend Mr. Fellenbaum as well as seek to enforce all available administrative and judicial remedies against both Armada and Dr. Chowdhry.

5.      Any further communication regarding this matter should be directed to me on behalf of Mr. Fellenbaum. No further communications should be directed to him.

Your serious consideration of this matter is urged.

Sincerely,

Gil Rudolph

GLR:ba

cc:  Francis Fellenbaum

# Clark County
# Collection Service LLC
*(702) 220-3999*

8860 W. Sunset Rd., Suite 100
Las Vegas NV 89148-4899
RETURN SERVICE REQUESTED

May 16, 2010

697023-2001      336174333

Francis Fellenbaum
8816 Manalang Rd
Las Vegas NV 89123-0182

CLARK COUNTY COLLECTION SERVICE LLC
8860 W. Sunset Rd., Suite 100
Las Vegas NV 89148-4899

| | | |
|---|---|---|
| Account Number | | Exp Date |
| Card Holder Name | | Pmt Amt |
| Signature of Card Holder | | Date |
| Telephone | | 3 Digit Code on Back of Card |

Re:   Cardiovascular & Thoracic Surgeon      Account #    697023
Of Nv
Reference #:                              Balance:   2292.52

## Past Due Balance

***Detach Upper Portion And Return With Payment***



Regarding:      Cardiovascular & Thoracic Surgeon Of Nv
Subject:        Francis Fellenbaum
Reference #:
Account #:      697023

Amount:         $2281.84
Interest:       $10.68
Total:          $2292.52

This notice has been sent to you by a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Your account has been placed with our office for collection. The balance is due in full at this time. This item may affect your credit. Should you wish to stop all collection activity remit the balance in full or call our office to make other arrangements.

Sincerely,

*The Collections Department*
The Collections Department
*Clark County Collection Service Llc*
(702) 220-3999



Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any part thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

4ONCCCS012001

EXHIBIT 3


Experian
A world of insight

**Report Number:**
3925-4694-03
Online Credit Report from Experian for:
FRANCIS H FELLENBAUM

Report date: July 21, 2011

Summary of Results
Details of Investigation Results
Important Message from Experian
Know your rights
View a complete copy of your corrected report

Go Back >>

We completed any items you disputed with the sources of the information and processed any other requests you made.
The following shows the revision(s) made to your file as a result of our investigation. If you still question an item, then you may want to
contact the source of the information personally.

**Contact us**       Back to top
Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

**Results**       Back to top
How to read your results
• **Deleted** - This item was removed from your credit report
• **Remains** - This item has been verified as accurate
• **Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was
verified as belonging to you.
• **Processed** - This item was either updated or deleted; review this report to learn its outcome

**Credit Items**
CLARK COUNTY COLLECTIO
Account Number: 69....       Outcome: Updated

**Details Of Investigation Results**       Back to top

Potentially Negative Items or Items for further review       Back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and
most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and
unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that
have not been past due remain up to 10 years after the date the account was transferred.

**Credit Items**
CLARK COUNTY COLLECTION
**Address:**    **Account Number:**
8860 W SUNSET RD STE
100
LAS VEGAS, NV 89148
(702) 889-9229

**Address Identification Number:**
0178381706

**Original Creditor:**
CARDIOVASCULAR
THORACIC SURG

**Status:**
Collection account. $2,425 past due as of Jul 2011.

**Status Details:**
This account is scheduled to continue on record until Jan
2017.
This item was updated from our processing of your dispute
in Jul 2011.

EXHIBIT 4

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 05/2010 | Collection | $2,281 |
| Reported Since: | Terms: | High Balance: |
| 07/2010 | 1 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 07/2010 | $0 | $2,425 |
| Last Reported: | Responsibility: | Recent Payment: |
| 07/2011 | Individual | $0 |

**Account History:**
Collection as of Apr 2011 to Jul 2011, Feb 2011, Dec 2010,
Nov 2010, Sep 2010, Jul 2010

## Important Message From Experian

Back to top

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition).
Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer
Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they
display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain
medical information are disclosed to others.

## Know your rights

Back to top

## FCRA Rights

Para informacion en español, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room
130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

**A Summary of Your Rights under the Fair Credit Reporting Act**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of
consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and
specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history
records). Here is a summary of your major rights under the FCRA. For more information, including information about
additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade
Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.

- You must be told if information in your file has been used against you. Anyone who uses a credit report or
  another type of consumer report to deny your application for credit, insurance, or employment – or to take another
  adverse action against you – must tell you, and must give you the name, address, and phone number of the agency
  that provided the information.
- You have the right to know what is in your file. You may request and obtain all the information about you in the
  files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification,
  which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a
  free file disclosure if:

  o a person has taken adverse action against you because of information in your credit report;
  o you are the victim of identity theft and place a fraud alert in your file;
  o your file contains inaccurate information as a result of fraud;
  o you are on public assistance;
  o you are unemployed but expect to apply for employment within 60 days.

  All consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau
  and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.
- You have the right to ask for a credit score. Credit scores are numerical summaries of your credit-worthiness
  based on information from credit bureaus. You may request a credit score from consumer reporting agencies that
  create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some
  mortgage transactions, you will receive credit score information for free from the mortgage lender.
- You have the right to dispute incomplete or inaccurate information. If you identify information in your file that
  is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless
  your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.
- Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.
  Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However,
  a consumer reporting agency may continue to report information it has verified as accurate.
- Consumer reporting agencies may not report outdated negative information. In most cases, a consumer
  reporting agency may not report negative information that is more than seven years old, or bankruptcies that are
  more than 10 years old.
- Access to your file is limited. A consumer reporting agency may provide information about you only to people
  with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.
  The FCRA specifies those with a valid need for access.
- You must give your consent for reports to be provided to employers. A consumer reporting agency may not
  give out information about you to your employer, or a potential employer, without your written consent given to the

Annual · · · · | · Return to AnnualCreditReport.com | · Frequently Asked Questions | · Contact AnnualCreditReport.com



Experian

Total                                                                    $0.00

**GET IT NOW!**

**GET IT NOW!**

Experian credit report prepared for
**FRANCIS FELLENBAUM**

Your report number is
**4064-6878-70**

Report date: **September 12, 2011**

**Credit Report Toolkit:**
Print your report
Credit Education
Know your rights
Credit Fraud Center

- There are 1 _____ items in your report. What if I want to _____ in my report?

- You have 19 _____ in your report.

- Check the recent _____

- Check your _____

- Check your _____

- _____ from Experian.

- _____

- _____ KNOW YOUR RIGHTS.

- _____ keeps a close eye on your credit reports and includes your score!

- Knowing your _____ may save you money on a new loan!

ProtectMy...



EXHIBIT 5

been past due remain up to 10 years after the date the account was transferred.

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**CLARK COUNTY COLLECTION**

8860 W SUNSET RD STE 100   CARDIOVASCULAR THORACIC SURG
LAS VEGAS, NV 89148
(702) 889-9229

0178381706

Collection account. $2,425 past due as of Jul 2011.                    This account is scheduled to continue on
                                                                       record until Jan 2017.
                                                                       This item was updated from our processing of your dispute in Jul
                                                                       2011.

| | | |
|---|---|---|
| 05/2010 | Collection | $2,281 |
| 07/2010 | 1 Months | NA |
| 07/2010 | $0 | $2,425 as of 07/2011 |
| 07/2011 | Individual | $0 |

Collection as of Apr 2011 to Jul 2011, Feb 2011, Dec 2010, Nov
2010, Sep 2010, Jul 2010

## Accounts in Good Standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to
appear on your report for up to ten year.

**AMERICAN EXPRESS**

PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

0178381706

Paid, Closed/Never late.                                               This account is scheduled to continue on
                                                                       record until Dec 2011.

| | | |
|---|---|---|
| 07/1979 | Credit card | NA |
| 12/2001 | 1 Months | NA |

File Number: 243155800
Date Issued: 09/12/2011

**Name:** FRANCIS H. FELLENBAUM, JR.

**SSN:** XXX-XX-5848
**Date of Birth:**

You have been on our files since 03/1981

**Telephone**

Your SSN is partially masked for your protection

## CURRENT ADDRESS

**Address:** 8816 MANALANG RD.
LAS VEGAS, NV 89123

**Date Reported:** 08/1999

## PREVIOUS ADDRESSES

**Address:** 6871 TAMARUS ST., #201
LAS VEGAS, NV 89119

**Date Reported:** 04/1995

**Address:** 4201 W. ROCHELLE AV., #2144
LAS VEGAS, NV 89103

## EMPLOYMENT DATA REPORTED

**Employer Name:** RETIRED
**Date Verified:** 01/2011

**Position:** RETIRED
**Date Hired:**

**Employer Name:** U
**Date Verified:** 05/2006

**Position:**
**Date Hired:**

**Employer Name:** RAMADA EXPRESS
**Location:** LAUGHLIN, NV
**Date Reported:** 05/1988

**Position:** DEALER
**Date Hired:**

**Employer Name:** BARBARYCOAST
**Date Reported:** 07/1984

**Position:**
**Date Hired:**

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| NA | X | 30 |
|----|----|----|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

## CLARK COUNTY COLLECTION #6970**

860 W SUNSET
SUITE 100
LAS VEGAS , NV 89148
(702) 889-9229

| | | | |
|---|---|---|---|
| **Balance:** | $2,425 | **Pay Status:** | >Collection Account< |
| **Date Updated:** | 07/2011 | **Account Type:** | Open Account |
| **Original Balance:** | $2,281 | **Responsibility:** | Individual Account |
| **Original Creditor:** | MED1 CARDIOVASCULAR THORACIC SURG | **Date Closed:** | 07/2011 |



EXHIBIT 6

| | | |
|---|---|---|
| **Past Due:** | >$2,425< | |

**Loan Type:** Collection Agency Attorney
**Remark:** >Placed for collection<
**Date placed for collection:** [ 05/2010]
**Estimated date that this item will be removed:** 03/2017

The following accounts are reported with no adverse information.

## AMERICAN EXPRESS #▆▆▆▆▆▆▆▆▆

PO BOX 981537
EL PASO , TX 79998
(800) 874-2717

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 08/2011 | **Account Type:** | Revolving Account |
| **High Balance:** | $355 | **Responsibility:** | Individual Account |
| **Credit Limit:** | $7,500 | **Date Opened:** | 09/1979 |
| **Past Due:** | $0 | | |

**Loan Type:** Credit Card

Late Payments
  48 months       **Last 48**

                 **Months**

  0     0     0

## BANK OF AMERICA #▆▆▆▆▆▆▆▆▆

PO BOX 17054
WILMINGTON , DE 19850-7054
(800) 421-2110

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 08/2011 | **Account Type:** | Revolving Account |
| **High Balance:** | $5,431 | **Responsibility:** | Individual Account |
| **Credit Limit:** | $18,000 | **Date Opened:** | 02/1994 |
| **Past Due:** | $0 | **Date Paid:** | 07/2011 |

**Loan Type:** Credit Card

Late Payments
  32 months       **Last 32**

                 **Months**

  0     0     0

## BANK OF AMERICA #▆▆▆▆▆▆▆▆

PO BOX 17054
WILMINGTON , DE 19850-7054
(800) 421-2110

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 12/2007 | **Account Type:** | Revolving Account |
| **High Balance:** | $5,431 | **Responsibility:** | Individual Account |
| **Credit Limit:** | $35,600 | **Date Opened:** | 02/1994 |
| **Past Due:** | $0 | **Date Closed:** | 12/2007 |
| | | **Date Paid:** | 11/2007 |

**Loan Type:** Credit Card
**Remark:** Credit card lost or stolen

Late Payments
  48 months       **Last 47**

                 **Months**

  0     0     0

## CHASE #▆▆▆▆▆▆▆▆

POB 24696
COLUMBUS , OH 43224-0696
(800) 848-9136

| | | | | |
|---|---|---|---|---|
| **Balance:** | $0 | **Pay Status:** | Paid or Paying as Agreed |
| **Date Updated:** | 04/2009 | **Account Type:** | Mortgage Account |
| **High Balance:** | $98,100 | **Responsibility:** | Individual Account |
| **Collateral:** | Fannie Mae 1688996807 | **Date Opened:** | 06/2003 |
| **Past Due:** | $0 | **Date Closed:** | 04/2009 |
| **Terms:** | $726 for 360 months | | |

**Loan Type:** Conventional Real Estate Mtg
**Remark:** Closed

Late Payments



# EQUIFAX

### Equifax Credit Report ™ for Francis H. Fellenbaum Jr.

As of: 09/12/2011.
Available until: 10/12/2011                                    Report Does Not Update
Confirmation #: 1755517455

**Important. Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days,** 

| | |
|---|---|
| 1. | Summary of account activity |
| 2. | Detailed account information |
| 3. | Companies that have requested or viewed your credit information |
| 4. | Bankruptcies, liens, garnishments and other judgments |
| 5. | Personal data, addresses, employment history |
| 6. | How to dispute information found on this credit report |
| 7. | Summary of Your Rights Under the FCRA |
| 8. | Remedying the Effects of Identity Theft |
| 9. | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| | 1 | $15,810 | $0 | $18,530 | 85% | $366 | 1 |
| | 4 | $2,602 | $35,648 | $38,250 | 7% | $83 | 2 |
| | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 5 | $18,412 | $35,648 | $56,780 | 32% | $449 | 3 |

### Debt by Account Type          Debt to Credit Ratio by Account Type



# EXHIBIT 7

| AM or AR | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.(AM and AR inquiries remain for twelve months.) |
| EMPL | Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months) |
| PR | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.(PR inquiries remain for 12 months.) |
| Equifax or EFX | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request. |
| ND | Inquiries with this prefix are general inquiries that do not display to credit grantors.(ND inquiries remain for 24 months.) |
| ND MR | Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.(ND inquiries remain for 24 months.) |

## Negative Accounts

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

**You have no negative accounts on file**

## Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

| Agency Address: | 6124 W Sahara Ave<br>Service<br>Las Vegas, NV 891463051<br>(702) 889-9229 |
| Date Reported: | 07/2011 |
| Date Assigned: | 05/2010 |
| Creditor Classification: | |
| Creditor Name: | CARDIOVASCULAR THORACIC SURG |
| Accounts Number: | 69XXXX |
| Account Owner: | Individual Account. |
| Original Amount Owned: | $2,281 |
| Date of 1 st Delinquency: | 04/2010 |
| Balance Date: | 07/2011 |
| Balance Owned: | $2,425 |
| Last Payment Date : | N/A |
| Status Date: | 07/2011 |

Status:                    D - Unpaid

Comments:                  Collection account

## Public Records

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

**You have no Public Records on file**

## Personal Information

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly.

**Name:** Francis H. Fellenbaum Jr.
**Social Security Number:** XXX-XX-5848
**Age or Date of Birth:** ▇▇▇▇▇▇

### Address Information

| Current | 8816 MANALANG RD |
| | LAS VEGAS,NV 89123 |
| Former Address 1 | 201 UNIT |
| | LAS VEGAS,NV,89119 |
| Former Address 2 | 6871 TAMARUS ST APT 201 |
| | LAS VEGAS,NV,89119 |

### Other Identification

**You have no other identification on file.**

### Employment History

**Last Reported Employment:**
DEALER; RIO

### Alert(s)

**You have no Alerts on file.**

### Consumer Statement

**You have no Consumer Statement on file.**

## Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information on this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within



Francis Fellenbaum          702-896-5404          P. 1

Case 2:11-cv-01506-LDG-VCF   Document 33   Filed 04/17/12   Page 22 of 28

| AnnualCreditReport.com | > Return to AnnualCreditReport.com | > Frequently Asked Questions | > Contact AnnualCreditReport.com |

 TransUnion.

your products    help

1 welcome         2 confirm your identity        3 view your report

transunion credit report    report an inaccuracy    consumer rights    credit score

## Personal Credit Report

**ROSITA M. FELLENBAUM**
**Source: TransUnion**

September 16, 2011
Available until October 16, 2011

Rosita, remember to...

- Get your credit score + tips for managing your credit

- View your debt analysis.

🖨 **Display a printer friendly version**
📄 **Found an inaccuracy? Click to learn about correcting**

## Personal Information

**File Number: 310019770**

| | |
|---|---|
| **Name:** | ROSITA M. FELLENBAUM |
| **Other Names:** | ROSITA S. MORALESSTRANEY ROSITA S. FELLENBAUM |

You have been on our files since 07/01/2000

| | |
|---|---|
| **SSN:** | XXX-XX-9890 |
| **Date of Birth:** | ▬▬▬▬▬ |
| **Telephone:** | |

Your SSN is partially abbreviated for your protection.

### CURRENT ADDRESS

| | |
|---|---|
| **Address:** | 8816 MANALANG RD LAS VEGAS, NV 89123 |
| **Reported:** | 06/01/2000 |

### EMPLOYMENT DATA REPORTED

| | | | |
|---|---|---|---|
| **Employer Name:** | RIO CASINO | **Position:** | CASHIER |
| **Date Verified:** | 01/22/2011 | | |

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MEDICAL-', it includes medical information and the data following 'MEDICAL-' is not displayed to anyone but you except where permitted by law.

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

# EXHIBIT 8



## Adverse Accounts

The following accounts contain information which some creditors may consider to be adverse. Adverse account information may generally be reported for 7 years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been printed in >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors.

### CLARK COUNTY COLLECTION #6970**

860 W SUNSET
SUITE 100
LAS VEGAS, NV 89148
(702) 889-9229

| | | | |
|---|---|---|---|
| Balance: | $2,416 | Pay Status: | >In Collection< |
| Date Updated: | 06/30/2011 | Account Type: | Open Account |
| Original Amount: | $2,281 | Responsibility: | Joint Account |
| Original Creditor: | MEDICAL-CARDIOVASCULAR THORACIC SURG | | |
| Past Due: | | | |

Loan Type: COLLECTION AGENCY/ATTORNEY
Date Placed for Collection: 05/11/2010
Remarks: >PLACED FOR COLLECTION<
Estimated month and year that this item will be removed: 03/2017

## Satisfactory Accounts

The following accounts are reported with no adverse information.

### CHASE/BANK ONE CARD SERV #[redacted]

PO BOX 15298
WILMINGTON, DE 19850
(800) 945-2006

| | | | |
|---|---|---|---|
| Balance: | $2,181 | Pay Status: | Current; Paid or Paying as Agreed |
| Date Updated: | 08/23/2011 | | |
| High Balance: | $2,181 | Account Type: | Revolving Account |
| Credit Limit: | $3,250 | Responsibility: | Authorized Account |
| Last Payment: | 07/14/2011 | Terms: | Minimum $43 |
| | | Date Opened: | 06/24/2011 |

Loan Type: CREDIT CARD

Late Payments (1 month): 30: 0, 60: 0, 90: 0

Last 1 month: jul OK

### CHASE/BANK ONE CARD SERV #[redacted]

PO BOX 15298
WILMINGTON, DE 19850
(800) 945-2006

| | | | |
|---|---|---|---|
| Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Date Updated: | 10/19/2008 | | |
| High Balance: | $773 | Account Type: | Revolving Account |
| Credit Limit: | $4,000 | Responsibility: | Joint Account |
| Last Payment: | 03/09/2005 | Date Opened: | 11/15/2003 |
| | | Date Closed: | 07/25/2008 |
| | | Date Paid: | 03/09/2005 |

Loan Type: CREDIT CARD
Remarks: CLOSED

Late Payments (48 months): 30: 0, 60: 0, 90: 0

Last 48 months:

| sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '07 | dec | nov | oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '05 | dec | nov | oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

### DISCOVER FINCL SVC LLC #[redacted]

PO BOX 15316
WILMINGTON, DE 19850-5316
(800) 347-2683

| | | | |
|---|---|---|---|
| Balance: | $421 | Pay Status: | Current; Paid or Paying as Agreed |
| Date Updated: | 08/18/2011 | | |
| High Balance: | $6,596 | Account Type: | Revolving Account |
| Credit Limit: | $9,500 | Responsibility: | Authorized Account |
| Last Payment: | 07/08/2011 | Terms: | Minimum $40 |
| | | Date Opened: | 11/23/2000 |

Loan Type: CREDIT CARD

Late Payments (48 months)

Last 48 months:

| jul | jun | may | apr | mar | feb | '11 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '10 | dec | nov | oct | sep | aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| jul | jun | may | apr | mar | feb | '09 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '08 | dec | nov | oct | sep | aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

Save as PDF

## Equifax Credit Report ™ for Rosita S. Fellenbaum

As of: 09/16/2011.
Available until: 10/16/2011
Confirmation #: 1759674729

Report Does Not Update

⚠ **Important.** Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, **click here.**

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |
| 7. Summary of Your Rights Under the FCRA | Summary of Your Rights Under the FCRA |
| 8. Remedying the Effects of Identity Theft | Remedying the Effects of Identity Theft |
| 9. Your Rights Under State Law | Your Rights Under State Law |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available | In Use Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Installment | 1 | $15,810 | $0 | $18,530 | 85% | $356 | 1 |
| Revolving | 4 | $2,680 | $13,370 | $16,050 | 17% | $98 | 3 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 5 | $18,490 | $13,370 | $34,580 | 53% | $464 | 4 |

Debt by Account Type          Debt to Credit Ratio by Account Type



Francis Fellenbaum          702-896-5404          P.24

| | 02/10/11, 01/18/11, 12/21/10, 10/05/10 |
|---|---|
| PRM-AT&T WIRELESS | 11/24/10 |
| PRM ONL-BANK OF AMERICA | 01/07/11 |
| PRM-CAPITAL ONE | 02/10/11 |
| EQUIFAX | 09/16/11 |
| ND-LIBERTY MUTUAL INSURANCE CO ::1759674729 | 06/29/11 |

| Prefix | The File Description |
|---|---|
| PRM | Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit or insurance.(PRM inquiries remain for twelve months.) |
| AM or AR | Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.(AM and AR inquiries remain for twelve months.) |
| EMPL | Inquiries with this prefix indicate an employment inquiry. (EMPL inquiries remain for 24 months) |
| PR | Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.(PR inquiries remain for 12 months.) |
| Equifax or EFX | Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy of your credit file or a research request. |
| ND | Inquiries with this prefix are general inquiries that do not display to credit grantors.(ND inquiries remain for 24 months.) |
| ND MR | Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.(ND inquiries remain for 24 months.) |

🔁 Back to Top

# Negative Accounts

Accounts that contain a negative account status. Accounts not paid as agreed generally remain on your credit file for 7 years from the date the account first became past due leading to the current not paid status. Late Payment History generally remains on your credit file for 7 years from the date of the late payment.

**You have no negative accounts on file**

🔁 Back to Top

# Collections

A collection is an account that has been turned over to a collection agency by one of your creditors because they believe the account has not been paid as agreed.

CLARK COUNTY COLLECTION

| Agency Address: | 6124 W Sahara Ave Service Las Vegas, NV 891463051 (702) 889-9229 |
|---|---|
| Date Reported: | 06/2011 |
| Date Assigned: | 05/2010 |

Creditor Classification:

| Creditor Name: | CARDIOVASCULAR THORACIC SURG |
| Accounts Number: | 69XXXX |
| Account Owner: | Joint Account |
| Original Amount Owned: | $2,281 |
| Date of 1st Delinquency: | 04/2010 |
| Balance Date: | 06/2011 |
| Balance Owned: | $2,416 |
| Last Payment Date : | N/A |
| Status Date: | 06/2011 |
| Status: | D - Unpaid |
| Comments: | Medical |

⬆ Back to Top

## Public Records

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

Public record information includes bankruptcies, liens or judgments and comes from federal, state or county court records.

**You have no Public Records on file**

⬆ Back to Top

## Personal Information

The following information is added to your file either when creditors enter requests to view your credit history, or when you report it to Equifax directly.

**Name:** Rosita S. Fellenbaum
**Social Security Number:** XXX-XX-9890
**Age or Date of Birth:** ▉▉▉▉▉
**Formerly Known As:** Rosita Morales straney Rosita M. Straney

### Address Information

| Current or Prior Residence | Street City State Zip | Date Reported |
| Current | 8816 MANALANG RD LAS VEGAS,NV 89123 | |
| Former Address 1 | 6871 TAMARUS APT 201 LAS VEGAS,NV,89119 | |
| Former Address 2 | 3 GAFFERS CT LATHAM,NY,12110 | |

### Other Identification

You have no other identification on file.

### Employment History

Last Reported Employment:



 **Experian™**
A world of insight

⊠ Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for

**ROSITA FELLENBAUM**

Your report number is
**0575-3780-89**
Report date:
**09/16/2011**

Index
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Important message from Experian
- Know your rights

 Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                    back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review          back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not

 **EXHIBIT 10**

been past due remain up to 10 years after the date the account was transferred.

## Credit Items

For your protection, the last few digits of your account numbers do not display.

**CLARK COUNTY COLLECTION**

Address:                  Account Number:          Original Creditor:
8860 W SUNSET RD STE 100  ●●●●●●                   CARDIOVASCULAR THORACIC SURG
LAS VEGAS, NV 89148
(702) 889-9229
Address Identification Number:
0176381706

Status: Collection account. $2,425 past due as of Jul 2011.    Status Details: This account is scheduled to continue on record until Jan 2017.

Date Opened:          Type:              Credit Limit/Original Amount:
05/2010               Collection         $2,281
Reported Since:       Terms:             High Balance:
07/2010               1 Months           NA
Date of Status:       Monthly Payment:   Recent Balance:
07/2010               $0                 $2,425 as of 07/2011
Last Reported:        Responsibility:    Recent Payment:
07/2011               Joint              $0

Account History:
Collection as of Apr 2011 to Jul 2011, Feb 2011, Dec 2010, Nov
2010, Sep 2010, Jul 2010

## Accounts in Good Standing                                    back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten year.

**CHASE BANK USA**

Address:                  Account Number:
PO BOX 15298              ●●●●●●●●●
WILMINGTON, DE 19850
(800) 955-9900
Address Identification Number:
0176381706

Status: Paid,Closed/Never late.                   Status Details: This account is scheduled to continue on record until Oct 2018.

Date Opened:          Type:              Credit Limit/Original Amount:
11/2003               Credit card        $4,000
Reported Since:       Terms:             High Balance:
11/2003               NA                 $773
Date of Status:       Monthly Payment:   Recent Balance:
10/2008               $0                 NA